**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| KARLA LYNCH, *individually and on behalf of all others similarly situated,* | ) | |
| Plaintiff, | ) | Case No.: 1:26-cv-00597 |
| v. | ) | Honorable Byron B. Conway |
| JEWELERS MUTUAL INSURANCE COMPANY, SI; and JM SPECIALITY INSURANCE COMPANY, | ) | **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS** |
| Defendants. | ) | |

PLEASE TAKE NOTICE that upon the accompanying Brief in Support, Defendants Jewelers Mutual Insurance Company, SI et al., by their attorneys, Gordon Rees Scully Masukhani, LLP, will move this Court before the Honorable Bryan Conway, United States District Judge, at the United States Courthouse, Eastern District of Wisconsin, on a date and time to be determined by the Court, for an Order:

1. Dismissing Plaintiff's First Amended Complaint in its entirety with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6); and
2. Granting such other and further relief as the Court deems just and proper.

**GROUNDS FOR MOTION**

Defendants respectfully move for dismissal on the grounds Plaintiff lacks Article III Standing under FRCP 12(b)(1)) by failing to allege a concrete, particularized injury sufficient to establish standing under Article III of the United States Constitution. In addition, Plaintiff fails to plausibly allege the elements of any asserted claim as required by FRCP 12(b)(6). Because Plaintiff's claims suffer from fundamental legal deficiencies that cannot be cured by amendment, dismissal with prejudice is appropriate.

## CONCLUSION

For the foregoing reasons, and those set forth more fully in Defendants' accompanying Brief in Support, Defendants respectfully request the Court dismiss the First Amended Complaint in its entirety with prejudice and grant such other and further relief as it deems just and proper.


**GORDON REES SCULLY MANSUKHANI, LLP**

By: *<u>/s/ Jennifer Williams</u>*
Jennifer Williams
*Counsel for Defendants*
500 West Silver Spring Dr., K270
Glendale, WI 53217
(414) 488-3999

-and-

Alexandra Sandler, Esq. (*pro hac vice forthcoming)*
Brian E. Middlebrook, Esq. (*pro hac vice forthcoming)*
**Gordon Rees Scully Mansukhani, LLP**
One Battery Park Plaza, 28th Floor
New York, NY 10004
212-269-5500

Justin Holmes, Esq. (*pro hac vice forthcoming)*
**Gordon Rees Scully Mansukhani, LLP**
Three Logan Square
1717 Arch St., STE 610
Philadelphia, PA 19103
212-453-0787